```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
            :
PAUL LINZY JOHNSON,                      :
            :
                    Plaintiff,   :
            :          14-CV-6285 (VSB)
         - against -                :
            :          ORDER
LA CIE, et al.,                             :
            :
                  Defendants.  :
            :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       As discussed at the November 5, 2015 pre-motion conference, Defendants' Motion to Dismiss is due on or before December 3, 2015; Plaintiff's opposition is due on or before January 14, 2016; and Defendants' reply is due on or before January 28, 2016.

       At the conclusion of briefing, the Court will inform the parties whether oral argument will be scheduled.

       The Clerk of Court is requested to mail a copy of this order to pro se Plaintiff.

       SO ORDERED.

Dated:  November 9, 2015
           New York, New York

                                                _____
                                                Vernon S. Broderick
                                                United States District Judge